Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 21, 2006








Petition
for Writ of Mandamus Denied and Memorandum Opinion filed December  21, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01019-CV

____________

 

IN RE PEDRO ANTONIO REYNAGA,

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On
November 16, 2006, relator Pedro Antonio Reynaga, an inmate in the Texas
Department of Criminal Justice, filed a mandamus petition in this court seeking
an order compelling the judge of the County Criminal Court at Law No. 2 to rule
on his habeas corpus petition filed under article 11.09 of the Texas Code of
Criminal Procedure.[1]  

Relator
has failed to establish that he is entitled to the mandamus relief requested. 
Accordingly, we deny relator=s petition for writ of mandamus.    

 








PER
CURIAM

 

Petition Denied and Memorandum Opinion filed December
21, 2006.

Panel consists of Justices Fowler, Edelman, and Frost.









[1]See Tex. Gov=t Code Ann. '
22.221 (Vernon 2004).